Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Dena Markstone

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| DENA MARKSTONE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　　Defendants. | Case No.: 2:17-cv-02453-TLN-KJN<br><br>Assigned to: Hon. Troy L. Nunley<br>Referred to: Kendall J. Newman<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　　**PLEASE TAKE NOTICE THAT** plaintiff Dena Markstone and defendant Experian Information Solutions, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal *with prejudice* of Experian Information Solutions, Inc. from the above-captioned case upon finalization.

　　　　　　　　　　　　　　　　　　　　　　**Sagaria Law, P.C.**

Dated:  February 20, 2018　　　By:　/s/ *Elliot Gale*
　　　　　　　　　　　　　　　　　　　Elliot Gale
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. -1-
C:\Users\JP023337\Desktop\17-2453 Dena Markstone NOS.docx

1  //

**Jones Day**

Dated:   February 20, 2018        By:     /s/ *Steven A. Erkel*
                                          Steven A. Erkel
                                          Attorneys for Defendant
                                          Experian Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Steven A. Erkel has concurred in this filing.

*/s/ Elliot Gale*

NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. -2-
C:\Users\JP023337\Desktop\17-2453 Dena Markstone NOS.docx